CARTER, C.J.,
dissenting.
hi respectfully disagree with the opinion of the majority because I am of the opinion that La. R.S. 42:65 C provides a claim for reimbursement to the appropriate governmental body of all pay, compensation, and allowances improperly received by an employee prior to the employee vacating a position that is proven to be in violation of the Dual Officeholding and Dual Employment Law. The fact that Holliday resigned from her position with the Nineteenth Judicial District Court less than two months prior to the present suit being filed does not deprive the governmental body of the right to reimbursement of funds illegally received under La. R.S. 42:65. For these reasons, I would affirm the decision of the district court.
Therefore, for the above and foregoing reasons, I respectfully dissent.